Bruce L. Thall, Esquire
Heather Eichenbaum, Esquire
David B. Picker, Esquire [DP-9658]
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8888 / FAX- (215) 241-8844
*Lead Counsel for Respondents*

Edward Finkelstein, Esquire [EF-2805]
TARTER, KRINSKY & DROGIN P.C.
1350 Broadway
New York, New York 10018
Tel: 212-216-8000 / FAX- 212-216-8001
*Local Counsel for Respondents*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN THE APPLICATION OF ANDREW M. CUOMO, ATTORNEY GENERAL OF THE STATE OF NEW YORK, | : : : : | Case No. 08-cv-7100 |
| Petitioner, | : : | |
| for an Order under C.P.L.R. § 2308(b) to enforce compliance with subpoenas | : : : | |
| -- against -- | : : : | |
| DREAMLAND AMUSEMENTS, INC., TOY CIRCUS, INC., CROSSROADS TRUCKING CORP., ROBERT F. DESTEFANO, JR., KATHRYN L. DESTEFANO, and any other owners and corporate officers of Dreamland Amusements, inc., Toy Circus, Inc., and/or Crossroads Trucking Corp., | : : : : : : : | |
| Respondents. | : : | |

## AFFIDAVIT OF BRUCE L. THALL

    I, Bruce L. Thall, Esquire, being duly sworn, do depose and say the following:

1.     The facts set forth in the Answer and Further Response to the State Attorney General's Petition for an Order to Compel Compliance with Office Subpoenas are true and correct to the best of my knowledge, information and belief.

2.     More specifically, the facts set forth in response to Petition paragraphs 42 and 47 are based upon the statements and representations of the Attorneys General at the so-called settlement conference held in the offices of the Attorney General on June 26, 2008.

_____
Bruce L. Thall, Esquire

Sworn to and subscribed
before me this _12th_ day
of August, 2008.


_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THERESA BAYER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 10, 2012