UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN THE APPLICATION OF ANDREW M.
CUOMO, ATTORNEY GENERAL OF THE
STATE OF NEW YORK,

                            Petitioner,

Case No. 08-CV-7100 (JGK)

**CERTIFICATE OF SERVICE**

for an Order under C.P.L.R. § 2308(b) to enforce
compliance with subpoenas

    -- against --

DREAMLAND AMUSEMENTS, INC., TOY
CIRCUS, INC., CROSSROADS TRUCKING
CORP., ROBERT F. DESTEFANO, JR.,
KATHRYN L. DESTEFANO, and any other
owners and corporate officers of Dreamland
Amusements, inc., Toy Circus, Inc., and/or
Crossroads Trucking Corp.,

                            Respondents.
------------------------------------------------------------x

    I, Edward R. Finkelstein, hereby certify that:

    On August 13, 2008, I caused to be served the within document on Petitioners by e-mailing a true copy thereof to Andrew J. Elmore, Esq. of the State of New York Office Of the Attorney General co-counsel for Petitioner at Andrew.Elmore@oag.state.ny.us and Julian R. Birnbaum, Esq. of the State of New York Office Of the Attorney General co-counsel for Petitioner at Julian.Birnbaum@oag.state.ny.us the e-mail addresses which they have designated for the same in the related pending action entitled *Dreamland Amusements, Inc. et al. v. The Honorable Andrew Cuomo*, 08 CV 6321 (JGK).

Dated: New York, New York
       August 13, 2008

                                              Edward R. Finkelstein

{Client\002644\L939\00148119.DOC;1}