Bruce L. Thall, Esq.
Heather M. Eichenbaum, Esq.
David B. Picker, Esq. [DP-9658]
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8888 / FAX- (215) 241-8844
*Lead Counsel for Respondents*

Edward R. Finkelstein, Esq. [EF-2805]
TARTER, KRINSKY & DROGIN P.C.
1350 Broadway
New York, New York 10018
Tel: 212-216-8000 / FAX- 212-216-8001
*Local Counsel for Respondents*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| IN THE APPLICATION OF ANDREW M. CUOMO, ATTORNEY GENERAL OF THE STATE OF NEW YORK, | Case No. 08 CIV 7100 |
| Petitioner, | |
| for an Order under C.P.L.R. § 2308(b) to enforce compliance with subpoenas | **AMENDED RULE 7.1 STATEMENT** |
| -- against -- | |
| DREAMLAND AMUSEMENTS, INC., TOY CIRCUS, INC., CROSSROADS TRUCKING CORP., ROBERT F. DESTEFANO, JR., KATHRYN L. DESTEFANO, and any other owners and corporate officers of Dreamland Amusements, Inc., Toy Circus, Inc., and/or Crossroads Trucking Corp., | |
| Respondents. | |

---

   Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Respondent Crossroads Trucking Corp., Dreamland Amusements, Inc. and Toy Circus, Inc. (private non-

governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held: NONE.

Dated:  New York, New York
        August 11, 2008

                                          TARTER KRINSKY & DROGIN LLP
                                          *Local Counsel for Respondents*

                                          By: _____
                                              Edward R. Finkelstein [EF-2805]
                                              1350 Broadway, 11th Floor
                                              New York, New York 10018
                                              (212) 216-8000