AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

## APPEARANCE

Case Number: 08-CV-7100(UA)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff The Honorable Andrew M. Cuomo, Attorney General of the State of New York

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/15/2008 | *(signature)* |
| Date | Signature |
| | Andrew J. Elmore     AE 9042 |
| | Print Name     Bar Number |
| | New York State Office of the Attorney General, 120 Broadwa |
| | Address |
| | New York     New York     10271 |
| | City     State     Zip Code |
| | (212) 416-6280     (212) 416-8074 |
| | Phone Number     Fax Number |