UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ATTORNEY GENERAL OF
THE STATE OF NEW YORK
                    Plaintiff,

                                                        08 CIVIL 7100 (JGK)

           -against-

DREAMLAND AMUSEMENTS, INC.
et al.           Defendant.
-------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _Andrew J. Elmore_

☒  *Attorney*

    ☒  I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        _AE 9642_

    ☐  I am a Pro Hac Vice attorney

    ☐  I am a Government Agency attorney

☐  *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒  *Address:* Office of the Attorney General, Civ. Rts. Bur., 120 Broadway, 3rd Fl., NY, NY 10271

☒  *Telephone Number:* (212) 416-6280

☐  *Fax Number:* _____

☐  *E-Mail Address:* _____

Dated: _8/15/08_              _____