UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/22/08

---

IN THE APPLICATION OF ANDREW M. CUOMO,    :
ATTORNEY GENERAL OF THE STATE OF          :
NEW YORK,                                 : Case No.: 08-CIV-7100 (JGK)
                                          :        ECF Case
                          Petitioner,     :
                                          :
for an Order under C.P.L.R. § 2308(b) to enforce :
compliance with subpoenas                 :
                                          :
       -- against --                      :
                                          :
DREAMLAND AMUSEMENTS, INC., TOY CIRCUS,   :  **ORDER FOR ADMISSIONS**
INC., CROSSROADS TRUCKING CORP., ROBERT   :  ***PRO HAC VICE***
F. DESTEFANO, JR., KATHRYN L. DESTEFANO,  :
and any other owners and corporate officers of Dreamland :
Amusements, inc., Toy Circus, Inc., and/or Crossroads :
Trucking Corp.,                           :
                                          :
                          Respondents.    :
-------------------------------------------------------------------------

Upon the request of David B. Picker, attorney for Respondents, Dreamland Amusements,

Inc., Toy Circus, Inc., Crossroads Trucking Corp., Robert DeStefano, and Kathryn DeStefano

("Respondents"), and the express consent of the Petitioner having been given, and the Court

having recently considered the applications and thereupon admitted Bruce L. Thall, Esquire and

Heather M. Eichenbaum, Esquire *pro hac vice* in the related civil case *Dreamland Amusements,*

*Inc., et al. v. Cuomo*, Case No.: 08-CIV- 6321(JGK), and for good cause shown;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Bruce L. Thall |
| Firm Name: | Spector Gadon & Rosen, P.C. |
| Address: | 1635 Market Street, 7th Floor, Philadelphia, PA 19103 |
| Phone No.: | 215-241-8802 |
| Fax No.: | 215-241-8844 |
| Email: | bthall@lawsgr.com |

AND

| | |
|---|---|
| Applicant's Name: | Heather M. Eichenbaum |
| Firm Name: | Spector Gadon & Rosen, P.C. |
| Address: | 1635 Market Street, 7th Floor, Philadelphia, PA 19103 |
| Phone No.: | 215-241-8856 |
| Fax No.: | 215-531-9129 |
| Email: | heichenbaum@lawsgr.com |

are hereby admitted to practice *pro hac vice* as counsel for Respondents in the above captioned case in this Court. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: _____, 2008
        New York, New York

_____
                        Koeltl, U.S.D.J.

#542580_v1

2