AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

### APPEARANCE

Case Number: 08 Civ. 7100 (JGK)

ECF Case

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Petitioner Andrew M. Cuomo, Attorney General of the State of New York

I certify that I am admitted to practice in this court.

Date: 8/26/2008

Signature: *Julian R. Birnbaum*

Julian R. Birnbaum — JB 6721
Print Name — Bar Number

Office of the Attorney General of the State of New York
Address: Civil Rights Bureau
120 Broadway    New York, NY    10271
City    State    Zip Code

(212) 416-6269    (212) 416-8074
Phone Number    Fax Number